AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bibas, Stephanos | U.S. Court of Appeals for the Third Circuit | 02/25/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date <br> ☐ Initial ✔ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Fellow | University of Pennsylvania Law School |
| 2. | Adfvisory Board Member | Access to Justice Lab, Harvard Law School |
| 3. | Partner | Pennsylvania School Partners LLC (no reportable assets) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bibas, Stephanos | 02/25/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Pennsylvania Law School, salary for law school teaching | $28,440.00 |
| 2. 03/04/2019 | Encounter Books, Book Royalties | $408.50 |
| 3. 09/10/2019 | Encounter Books, Book Royalties | $224.71 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 01/28/2019 | Charlottesville, VA | Speech to law school students | Meals, transportation |
| 2. | Federalist Society | 02/18/2019 | Chicago, IL | Speech to law school students | Meals, transportation |
| 3. | Federalist Society | 05/08/2019-05/10/2019 | Stanford, CA | Speech to law school students | Meals, transportation, lodging |
| 4. | American Law Institute | 05/19/2019-05/21/2019 | Washington, DC | Annual meeting of law-reform organization | Meals, transportation, lodging, registration fee |
| 5. | Access to Justice Lab, Harvard Law School | 05/22/2019 | Cambridge, MA | Advisory board meeting | Meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Bibas, Stephanos | 02/25/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Shakespeare Theatre Company | 06/24/2019-06/25/2019 | Washington, DC | Judging mock trial | Transportation, lodging |
| 7. | Federalist Society | 08/25/2019-08/26/2019 | New Haven, CT | Speech to law school students | Transportation |
| 8. | Bill of Rights Institute, William & Mary Law School | 09/13/2019-09/14/2019 | Williamsburg, VA | Panelist at annual Supreme Court term preview | Meals, transportation, lodging |
| 9. | University of Iowa College of Law | 10/07/2019-10/09/2019 | Iowa City, IA | Speech to law school students and faculty | Meals, transportation, lodging |
| 10. | Federalist Society | 10/28/2019-10/30/2019 | San Diego, CA | Speech to law school students | Meals, transportation, lodging |
| 11. | Notre Dame University Law School | 11/06/2019-11/08/2019 | South Bend, IN | Keynote address at festschrift conference | Meals, transportation, lodging |
| 12. | Federalist Society | 11/14/2019-11/15/2019 | Washington, DC | Panelist at annual lawyers' convention | Meals, transporation, lodging, registration fee |
| 13. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bibas, Stephanos** | 02/25/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bibas, Stephanos | 02/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Vanguard Non-Retirement Investment Accounts | | | | | | | | | |
| 2. | -Vanguard FTSE All-World ex-US Index Fund | C | Dividend | M | T | | | | | |
| 3. | -Vanguard Small-Cap Value Index Fund | A | Dividend | K | T | | | | | |
| 4. | -Vanguard Total Stock Market Index Fund | A | Dividend | J | T | | | | | |
| 5. | | | | | | | | | | |
| 6. | Vanguard Roth IRA | | | | | | | | | |
| 7. | -Vanguard Total Stock Market Index Fund | C | Dividend | M | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | Vanguard Univ of PA Retirement Accounts | | | | | | | | | |
| 10. | -Vanguard Total Stock Market Index Fund | C | Dividend | M | T | | | | | |
| 11. | -Vanguard Emerging Markets Stock Index Fund | B | Dividend | L | T | | | | | |
| 12. | -Vanguard REIT Index Fund | B | Dividend | L | T | | | | | |
| 13. | -Vanguard Total Bond Market Index Fund | B | Int./Div. | L | T | | | | | |
| 14. | -Vanguard Total International Stock Market Index Fund | C | Dividend | M | T | | | | | |
| 15. | -Vanguard Small-Cap Value Index Fund | D | Dividend | O | T | | | | | |
| 16. | | | | | | | | | | |
| 17. | TIAA/CREF Returenebt Account | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bibas, Stephanos | 02/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Vanguard Instl Index Fund | A | Dividend | J | T | | | | | |
| 19.  -TIAA/CREF Sm Equity Index Fund | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21.  PayFlex HSA: Vanguard LifeStrategy Moderate Growth Inv Fund | A | Dividend | L | T | | | | | |
| 22. | | | | | | | | | |
| 23.  PA 529: Total Stock Mkt Index Portfolio | | None | K | T | Buy (add'l) | 01/10/19 | J | | N/A |
| 24. | | | | | Buy (add'l) | 04/03/19 | J | | N/A |
| 25. | | | | | Buy (add'l) | 05/03/19 | J | | N/A |
| 26. | | | | | Sold (part) | 08/01/19 | K | D | N/A |
| 27. | | | | | Buy (add'l) | 08/05/19 | J | | N/A |
| 28. | | | | | Buy (add'l) | 10/02/19 | J | | N/A |
| 29. | | | | | Buy (add'l) | 12/03/19 | J | | N/A |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bibas, Stephanos | 02/25/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephanos Bibas**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544